# Third District Court of Appeal
## State of Florida

Opinion filed August 31, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2070
Lower Tribunal No. 21-15527

_____

**Saleena Mia Bernard,**
Appellant,

vs.

**Bookxchange, LLC,**
Appellee.

An Appeal from non-final orders from the Circuit Court for Miami-Dade County, William Thomas, Judge.

AM Law, LLC, and Gary M. Murphree, for appellant.

Leto Law Firm, and Matthew P. Leto and Charles P. Gourlis, for appellee.

Before LOGUE, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.